IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

RODERICK D. HAYNES,                  )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )          CV 114-237
                                     )
RICHMOND COUNTY SHERIFF OFFICE,      )
et al.,                              )
                                     )
          Defendants.                )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 13.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge

as its opinion and **DISMISSES** Defendant Richmond County Sheriff's Office with prejudice

for failure to state a claim.

SO ORDERED this day of June, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA