IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RODERICK D. HAYNES, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) Case No.   CV 114-237 |
| | ) |
| RICHMOND COUNTY SHERIFF | ) Appeal No. 17-14167-E |
| OFFICE, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| DEPUTY MICHAEL GARNER, | ) |
| in Individual and Official | ) |
| capacities, | ) |
| | ) |
| Defendant- Appellee. | ) |

## O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the mandate of this Court.

**SO ORDERED,** this _27th_ day of November, 2018.

<br>

HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA